**No. 62512.**—Manca, Inc. *v.* United States, protest 320123–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of parts of photographic cameras similar in all material respects to the merchandise involved in *Manca, Inc.* v. *United States* (38 Cust. Ct. 271, C. D. 1874), the claim of the plaintiff was sustained.

**No. 62513.**—Applicator Enterprises, Inc. *v.* United States, protest 328616–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of sponges similar in all material respect to those the subject of Abstract 61191, the claim of the plaintiff was sustained.

**No. 62514.**—Schneider Bros. & Co., Inc., a/c Fieldston Trading Co., Inc. *v.* United States, protests 267143–K, 282844–K, and 289228–K (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the items marked "A" consist of chairs similar in all material respects to those the subject of *Davies Turner & Co.* v. *United States* (45 C. C. P. A. 39, C. A. D. 669), the claim at 20 percent under the provision in paragraph 412, as modified by T. D. 51802, for "Furniture, * * * Chairs," was sustained. The items marked "B," stipulated to consist of furniture the same as that in C. A. D. 669, *supra*, were held dutiable at 12½ percent under the provision in said paragraph 412, as modified, *supra*, for other furniture.